**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01456-ZLW

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

BUREAU OF PRISONS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Rule # 60 Motion" (Doc. No. 29), filed on November 24, 2009, will not be considered and is DENIED because Plaintiff has filed a notice of appeal. The Court generally is divested of jurisdiction over aspects of the case involved in the appeal.

Dated:  December 2, 2009